[No. 29674-1-III.   Division Three.   March 8, 2012.]

*In the Matter of the Estate of* LINDA C. DAVILA.

ELISEO FIGUEROA, *Respondent*, v. HECTOR CHAVEZ, *as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 08-4-00573-5, Michael E. Schwab, J., entered December 29, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 29847-7-III.   Division Three.   March 8, 2012.]

*In the Matter of the Marriage of* MELISSA ZEIDMAN BRONSTEIN, *Appellant*, and SEYMOUR MAYNARD BRONSTEIN, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 08-3-00083-9, Donald W. Schacht, J., entered February 10, 2011. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29886-8-III.   Division Three.   March 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTY JAMES CHRISTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-00467-9, Salvatore F. Cozza, J., entered April 27, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Siddoway, JJ.

[No. 64741-5-I.   Division One.   March 12, 2012.]

*In the Matter of the Marriage of* EDWARD A. LINDSEY, *Respondent*, and DEBORAH R. LINDSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-3-02966-8, Richard McDermott, J., entered November 12, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.